# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 13-216 |
| | ) | |
| DONALD WHITTEN, | ) | Judge Cathy Bissoon |
| USMS 00519408, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's "Writ of Habeas Corpus Motion for Modification" (**Doc. 21**), filed by Defendant rather than by his counsel, is **DENIED**. "There is no constitutional right to hybrid representation," and "a district court is not obligated to consider *pro se* motions by represented litigants." U.S. v. D'Amario, 2009 WL 1154218, *1 (3d Cir. Apr. 30, 2009) (citations omitted).

IT IS SO ORDERED.

October 31, 2013　　　　　　　　　　　　s\Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc (via ECF email notification):

All Counsel of Record